IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                              ) No. 15-39386
                                                                    ) CHAPTER 11
VIMMI HANDA                                                         
                                                                    )   *Converted to ch. 7*
                              DEBTOR.                               Judge Cassling
                                                                          *1/12/16*

## FINAL REPORT AND ACCOUNT

Vimmi Handa submits her Final Report and Account as follows

### ASSETS

Real Estate- 3220 N Sheffield, Chicago, IL-    No Equity-
    Stay lifted- Foreclosure Judicial Sale scheduled for 2/11/16

Accounts
    5/3 Bank –DIP                              $859.68
    Bank America- Checking                     $ 73.48

Misc Property from Schedule A
    Misc Household Goods                       $1,000.00
    Wedding Band and misc Jewelry              $  600.00

    Pension 401(k) Mass Mutual                 $24,500.00

Total Personal Property                                             $27,033.16

### LIABILITIES

During the Chapter 11 Proceeding No new Liabilities were incurred that are due

The Undersigned certifies under penalties of perjury that the information provided is true and correct

*/s/ Vimmi Handa*
VIMMI HANDA