IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

VIMMI HANDA

DEBTOR.

) No. 15-39386
) CHAPTER 11
) Converted to ch. 7
Judge Cassling
1/12/16

## SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CH 11

Vimmi Handa submits her schedule of unpaid debts incurred after the commencement of the Chapter 11 Case as follows

**DEBTS**

During the Chapter 11 Proceeding NO new Liabilities were incurred that are due

The Undersigned certifies under penalties of perjury that the information provided is true and correct

*Vimmi Handa*
VIMMI HANDA

2