IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimmi Handa           CASE NO. 15-39386

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
FINAL

12/1/15 – 1/12/16  For Month Ending  1/12 , 20 16   (Case converted to ch 7)

BEGINNING BALANCE IN ALL ACCOUNTS    $ 121.01

RECEIPTS:
1. Receipts from operations *        $ —
2. Other Receipts  wages             $ 2,642.77

DISBURSEMENTS:                Cash on hand    282.05
3. Net payroll:
   a. Officers                       $ —
   b. Others                         $ —

4. Taxes
   a. Federal Income Taxes           $ _____
   b. FICA withholdings              $ _____
   c. Employee's withholdings        $ _____     ] All taxes
   d. Employer's FICA                $ _____       withheld from
   e. Federal Unemployment Taxes     $ _____       wages –
   f. State Income Tax               $ _____       Pay stubs
   g. State Employee withholdings    $ _____       Attached
   h. All other state taxes          $ _____

5. Necessary expenses:
   a. Rent or mortgage payments(s)   $ _____
   b. Utilities                      $ _____
   c. Insurance                      $ _____
   d. Merchandise bought for manufacture or sale  $ _____
   e. Other necessary expenses (specify)
   _____   $ _____
   _____   $ _____

TOTAL DISBURSEMENTS                  $ 1783.03

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ 1262.76

ENDING BALANCE IN  5/3 Bank          $ 859.68
                  (Name of Bank)
ENDING BALANCE IN  Bank of America   $ 73.48
                  (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS       $ 2,195.92

OPERATING REPORT  Page 1

EXHIBIT "B"

\* Per court order Reciever Recieves Rent of property at 3220 N. Sheffield Chicago Il

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimmi Handa        CASE NO.: 15-39386

## RECEIPTS LISTING

12/1/15 - 1/12/16 FOR MONTH ENDING  1/12 , 2016

Bank: 5/3-d Bank DIP Acct

Location: 3500 N Broadway, Chicago IL

Account Name: Vimmi Handa DIP

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/3/15 | Wages * | 1296.39 |
| 12/31/15 | Wages * | 1,296.38 |
| | * Pay stubs attached | |
| 12/14/15 | Deposit to UPS DIP Acct | 50.— |

TOTAL: 2,642.77

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

L&L Academy and Preschool Lakeview 2, Corp.
1154 W. Belmont Ave
IL 60657

12-31-15

Vimmi Handa
3220 N. Sheffield
Unit #2
Chicago, IL 60657

| Employee Pay Stub | Check number: | | | | Pay Period: 12/17/2015 - 12/30/2015 | Pay Date: 12/31/2015 |
|---|---|---|---|---|---|---|
| | | | | SSN | Status (Fed/State) | Allowances/Extra |
| **Employee** | | | | ***-**-6889 | Married/Withhold | Fed-3/0/IL-3 |
| Vimmi Handa, 3220 N. Sheffield, Unit #2, Chicago, IL 60657 | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,538.46 | 28,846.14 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -76.00 | -1,394.00 |
| Social Security Employee | | | -95.38 | -1,788.46 |
| Medicare Employee | | | -22.31 | -418.27 |
| IL - Withholding | | | -48.39 | -905.01 |
| | | | -242.08 | -4,505.74 |
| **Net Pay** | | | 1,296.38 | 24,340.40 |

L&L Academy and Preschool Lakeview 2, Corp., 1154 W. Belmont Ave, IL 60657 (872)802-4575 -- EIN: 47-1561869

Powered by **Intuit Payroll**

L&L Academy and Preschool Lakeview 2, Corp.
1154 W. Belmont Ave
IL 60657

12-03-15

Vimmi Handa
3220 N. Sheffield
Unit #2
Chicago, IL 60657

| Employee Pay Stub | Check number: | | | Pay Period: 11/19/2015 - 12/02/2015 | Pay Date: 12/03/2015 |
|---|---|---|---|---|---|
| **Employee** | | | | SSN   Status (Fed/State) | Allowances/Extra |
| Vimmi Handa, 3220 N. Sheffield, Unit #2, Chicago, IL 60657 | | | | ***-**-6889   Married/Withhold | Fed-3/0/IL-3 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,538.46 | 25,769.22 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -76.00 | -1,242.00 |
| Social Security Employee | | | -95.38 | -1,597.69 |
| Medicare Employee | | | -22.30 | -373.65 |
| IL - Withholding | | | -48.39 | -808.23 |
| | | | -242.07 | -4,021.57 |
| **Net Pay** | | | **1,296.39** | **21,747.65** |

L&L Academy and Preschool Lakeview 2, Corp., 1154 W. Belmont Ave, IL 60657 (872)802-4575 -- EIN: 47-1561869

Powered by Intuit Payroll

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimmi Handa   CASE NO.: 15-39386

## DISBURSEMENT LISTING

12/1/15 - 1/12/16   FOR MONTH ENDING 1/12/, 2016

Bank: 5/3 Bank

Location: 3500 N. Broadway Chicago IL

Account Name: Vimmi Handa DIP

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/28/15 | | ATM Cash | * $440 - |
| 12/28/15 | | ATM Cash | * $500 - |
| 12/29/15 | | Peoples Gas | 132.07 |
| 1/4/16 | | ATM Cash | * 480 - |
| 1/11/16 | | ATT - Internet Services | 63 - |
| 1/12/16 | | ATM | * 160 - |
| 1/12/16 | | Bank Charge | 8 - |

TOTAL: 1783.07

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

* ATM TOTAL $1580 - Cash used for Living Expenses
Deposit/Transfer to Bank America Acct for ComEd  $264.95
ATT  $ 63 -
Food  * 640 -
Transportation  90 -
Children Tuition  240 -
1297.95

NOTE - $282.05 - Cash on Hand

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimmi Handa　　　CASE NO.: 15-39386

FOR MONTH ENDING 1/12, 2016

### STATEMENT OF INVENTORY

Beginning inventory　　　$ None

Add: purchases　　　$ \_\_\_\_\_

Less: goods sold (cost basis)　　　$ \_\_\_\_\_

Ending inventory　　　$ \_\_\_\_\_

} N/A

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period　　　$ \_\_\_\_\_

Payroll taxes due but unpaid　　　$ \_\_\_\_\_

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimal Hanor    CASE NO.: 15-39386

FOR MONTH ENDING 1/12, 20 16

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance       $ None

Add: sales on account            $

Less: collections                $

End of month balance             $ N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance       $ N/A

Add: credit extended             $

Less: payments of account        $

End of month balance             $ N/A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Vimmi Karda   CASE NO.: 15-39386

FOR MONTH ENDING 1/12/16, 20__

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (✓) | No ( ) |
| 2. | FICA withholdings | Yes (✓) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) ⎤ |
| 4. | Employer's FICA | Yes ( ) | No ( ) ⎬ N/A |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) ⎦ |
| 6. | State Income Tax | Yes (✓) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) – N/A |
| 8. | All other state taxes | Yes (✓) | No ( ) |

All taxes withheld from pay/wages

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### RECEIPT AND VERIFICATION

TO: PATRICK S. LAYNG, UNITED STATES TRUSTEE

CASE NAME: _Vimmi HANDA_

CASE NO.: _15-39386_

I, _Vimmi HANDA_ DECLARE UNDER PENALTY OF PERJURY THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN POSSESSION DESIGNATED TO OPERATE THE BUSINESS OF _Vimmi HANDA_, AND AS SUCH I HEREBY ACKNOWLEDGE RECEIPT FROM THE UNITED STATES TRUSTEE OF THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS. I HAVE READ AND UNDERSTAND THE INSTRUCTIONS AND AGREE TO COMPLY WITH THEM.

SIGNED: _Vimmi Handa_
DATED: _1/18/16_

I, _Joffrey K. Gutman_, COUNSEL FOR THE DEBTOR IN POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: _[signature]_
DATED: _1/18/16_

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Vimmi Handa_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_Vimmi Handa_
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Vimmi Handa, Debtor_

DATED: _1/18/16_